TRIPLE TEE GOLF, INC., A Florida Corporation, Plaintiff–Appellant,

v.

TAYLOR MADE GOLF COMPANY, INC., A Delaware Corporation, Defendant–Appellee.

No. 2015–1564.

United States Court of Appeals, Federal Circuit.

May 5, 2016.

Jacqueline Tadros, Jacqueline Tadros, P.A., Fort Lauderdale, FL, argued for plaintiff-appellant. Also represented by Melvin Kenneth Silverman, Melvin K. Silverman & Associates, P.C., Pompano Beach, FL.

Bridgette A. Agness, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for defendant-appellee. Also represented by Gary A. Clark.

O'MALLEY, CLEVENGER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**